Matter of Smith v Abrams (2025 NY Slip Op 07161)

Matter of Smith v Abrams

2025 NY Slip Op 07161

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, NOWAK, AND KEANE, JJ.

870 CAF 24-00136

[*1]IN THE MATTER OF LAUREEN SMITH, PETITIONER-RESPONDENT,
vWOODROW ABRAMS, RESPONDENT-APPELLANT. (APPEAL NO. 2.)

CHARLES J. GREENBERG, AMHERST, FOR RESPONDENT-APPELLANT.
MELISSA A. CAVAGNARO, BUFFALO, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), dated December 15, 2023, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted respondent supervised visitation. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same Memorandum as in Matter of Abrams v Smith ([appeal No. 1] — AD3d — [Dec. 23, 2025] [4th Dept 2025]).
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court